UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bibi Salima Husain and
Bibi Rabiah Husain,

Plaintiffs,

v.

Trans Union Corporation,
CSC Credit Services, Inc.,
Experian Information Solutions,
and AT&T Wireless Services,

Defendants.

Civil 00-239 JMR/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: 2/4, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED FEB 07 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Please use

new case number

00-239 JMR/JMM