UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bib Salima Husain and,
Bib Rabiah Husain,

Plaintiffs,

vs.

Trans Union Corporation;
CSC Credit Services, Inc.;
Experian Information Solutions, Inc.;
and AT&T Wireless Services,

Defendants.

Case No. 00-239JMR/FLN

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Bibi Salima Husain and Bibi Rabiah ("Plaintiffs") and Defendant Trans Union, LLC (incorrectly designated Trans Union Corporation and referred to herein as "Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until March 16, 2000, in the time available to answer or otherwise respond to Plaintiffs' Complaint.

Dated: 3/1/00, 2000.

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr., #249646
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: 770-9707
Facsimile: 770-5830

ATTORNEYS FOR PLAINTIFFS

MAR 0
FILED ______________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

Dated: February 28, 2000

SHAPIRO PROFESSIONAL ASSOCIATION

By: Susan D. Holappa
Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until March 16, 2000, in the time available to answer or otherwise respond to Plaintiffs' Complaint.

Dated: March 8, 2000.

BY THE COURT:

____________________________
United States Magistrate Judge