UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-239

BiBi Salima Husain et al. )
)
v. ) DISQUALIFICATION ORDER
)
Trans Union Corporation et al.)

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. §455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's assignment of cases order, filed February 5, 1993.

Dated: March 15th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED MAR 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Please use new case number

00-239 PAM/JGL