UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bibi Salima Husain, et al.

Plaintiffs, Civil 00-239 PAM/JGL

v.

Trans Union Corporation,
et al.

Defendants.

---

## NOTICE OF RESCHEDULED PRETRIAL CONFERENCE

The pretrial conference which was scheduled for Thursday, July 27, 2000 @ @ 9:00 A.M., has been rescheduled. The pretrial conference shall take place on Friday, August 18, 2000 @ 10:00 A.M. before Chief Judge Magnuson, Room 730, Seventh Floor, Federal Building, 316 No. Robert St., St. Paul, Minnesota. If parties are outside of the Twin Cities area and a telephone conference is desired, please contact the undersigned at (651) 848-1156 prior to the day of the pretrial.

Dated: August 14, 2000

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED AUG 14 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK