**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bibi Salima Husain and
Bibi Rabbiah Husain,

Plaintiff,

-vs-

Trans Union LLC; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; and AT&T Wireless Services,

Defendants.

COURT FILE NO.: 00-239 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE TO DEFENDANT TRANS UNION LLC**

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorney, and Defendant Trans Union Corporation, and its attorneys, that Plaintiff's claims against Defendant Trans Union Corporation, shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
Attorney for Plaintiffs
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

Dated: 10/9/00

**SHAPIRO PROFESSIONAL ASSOCIATION**

By: ______________________
Lawrence M. Shapiro (#130886)
Susan D. Holappa (#172741)
Attorney for Defendant Trans Union
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
Telephone: (612) 542-1716

Dated: 10/16/00

OCT 18 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union, shall be, and herewith is, dismissed with prejudice.

Dated: October 17, 2000

Paul A. Magnuson, Judge
United States District Court