UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bibi Salina Husain, et al.

Plaintiffs,

v.

Trans Union Corp.,

Defendant.

CIVIL 00-239 PAM

**ORDER OF DISMISSAL**

---

The court having been advised that the above captioned case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: October 20, 2000

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

OCT 20 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK