**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**BIBI SALIMA HUSAIN and BIBI RABIAH HUSAIN,**

Plaintiffs,

v.

**TRANS UNION CORPORATION; CSC CREDIT SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND AT&T WIRELESS SERVICES,**

Defendants.

Civil No. 00-239 (PAM/JGL)

**O R D E R**

---

Based upon the Report and Recommendation by United States Magistrate Judge Jonathan Lebedoff, dated January 4, 2001, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Void Settlement Agreement for Non-performance, to Compel Discovery, and to Extend the Discovery Period (Doc. No. 26) is **DENIED**.

Dated: February 6, 2001.

PAUL A. MAGNUSON
United States District Court

FILED FEB 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____