**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bibi Salima Husain & Bibi Rabbiah Husain,

Plaintiffs,

v.

Trans Union Corporation; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; and AT&T Wireless Services,

Defendants.

CASE NO. 00-239 PAM/JGL

**STIPULATION OF DISMISSAL OF DEFENDANT AT&T WIRLESS SERVICES WITH PREJUDICE**

---

In accordance with Fed. R. Civ. P. 41(a)(1)(ii), pursuant to the agreement of the undersigned, plaintiffs Bibi Salima Husain and Bibi Rabbiah Husain hereby voluntarily dismiss, with prejudice, defendant AT&T Wireless Services from the above-captioned action.

Dated: February 19, 2001

CONSUMER JUSTICE CENTER, P.A.

By: ______________________

Thomas J. Lyons, Jr. #249646
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

ATTORNEYS FOR PLAINTIFFS

Dated: ~~February~~ June 8, 2001

KELLY & BERENS, P.A.

By: Barbara Berens

Barbara Berens, Esq. #209788
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTORNEY FOR DEFENDANT AT&T WIRELESS SERVICES

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant AT&T Wireless Services, shall be, and herewith is, dismissed with prejudice.

Dated: June 9, 2001

Paul A. Magnuson, Judge
United States District Court